# Court of Appeals
# of the State of Georgia

ATLANTA,  September 11, 2023

*The Court of Appeals hereby passes the following order:*

**A24A0154. MORAN VASQUEZ HERNAN-ELIAS v. THE STATE.**

A jury found Moran Vasquez Hernan-Elias guilty of trafficking in cocaine, and this Court affirmed the conviction on appeal. See Case No. A16A0810 (June 10, 2016). In 2023, Hernan-Elias filed an extraordinary motion for new trial, which the trial court denied on March 27, 2023. On June 26, 2023, Hernan-Elias filed a motion for an out-of-time appeal from the March 27 order. The trial court dismissed the motion based on the Supreme Court's holding in *Cook v. State*, 313 Ga. 471 (870 SE2d 758) (2022), and Hernan-Elias appeals. We, however, lack jurisdiction.

In *Cook*, the Supreme Court determined that a trial court lacks authority to grant an out-of-time appeal. Id. at 506 (5). Hernan-Elias, therefore, "had no right to file a motion for an out-of-time appeal in the trial court; his remedy, if any, lies in habeas corpus." *Rutledge v. State*, 313 Ga. 460, 461 (870 SE2d 720) (2022). Thus, the trial court correctly determined that it did not have jurisdiction to consider Hernan-Elias's motion for an out-of-time appeal, and the court's order dismissing the motion does not present a cognizable basis for an appeal. See *Henderson v. State*, 303

Ga. 241, 244 (2) (811 SE2d 388) (2018). Accordingly, this appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
        *Clerk's Office, Atlanta,*  09/11/2023

    *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

    *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*